UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRAEDEN CORDES,<br><br>  Plaintiff,<br><br>  v.<br><br>MEAD SCHOOL DISTRICT NO. 354, a Washington Municipal Corporation; RYAN CHAN, individually; GILBERT AND MELISSA CHAN, husband and wife and the marital community thereof; and JOHN AND JANE DOES 1-10,<br><br>  Defendants. | NO: 2:22-CV-0123-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice and without Costs. ECF No. 12. The parties agree that Plaintiff's claims against Defendants should be dismissed with prejudice and without costs to either party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action against Defendants are **DISMISSED** with prejudice and without costs to any party.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED October 25, 2022.



*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2