AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BRAEDEN CORDES,<br>*Plaintiff*<br>v.<br>MEAD SCHOOL DISTRICT NO. 354;<br>RYAN CHAN; GILBERT AND MELISSA; and<br>JOHN AND JANE DOES 1-10,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:22-CV-0123-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action against Defendants are DISMISSED with prejudice and without costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on the parties' Stipulated Motion for Order of Dismissal with Prejudice and without Costs.  ECF No. 12.

Date: October 25, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry